Case Name: SIMESTER, HARRY W.
Case No:    07-72500

# **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: December 1, 2008          WILLIAM T. NEARY
                                 United States Trustee, Region 11


                        BY:    *Carole J. Ryczek*
                               CAROLE J. RYCZEK
                               Attorney for the U.S. Trustee