## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

IN RE:
SIMESTER, HARRY W.

CHAPTER 7 CASE

CASE NO. 07-72500 BARB

JUDGE Manuel Barbosa

Debtor(s)

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:     U.S. BANKRUPTCY COURT
            211 S. Court Street
            Rockford, IL 61101
    on:     January 26, 2009
    at:     9:30 a.m.

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                                   $            26,258.85

    b. Disbursements                              $             4,383.10

    c. Net Cash Available for Distribution        $            21,875.75

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Carl C. Swanson, CPA (Trustee's Accountant Fees) | 1,636.00 | $0.00 | |
| MEGAN G. HEEG (Trustee Fees) | 0.00 | $3,375.89 | |
| Ehrmann Gehlbach Badger & Lee (Trustee's Firm Legal Fees) | 0.00 | $3,281.25 | |

| | | |
|---|---|---|
| Ehrmann Gehlbach Badger & Lee<br>(Trustee's Firm Legal Expenses) | 0.00 | $68.25 |
| MEGAN G. HEEG<br>(Trustee Expenses) | 0.00 | $33.17 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $722.73 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim<br>Number | Claimant | Allowed<br>Amount of Claim | | Proposed<br>Payment |
|---|---|---|---|---|
| 3P | Dept of the Treasury - IRS | $ | 722.73 | $    722.73 |

7. Claims of general unsecured creditors totaling $52,346.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 27.50%.

Allowed general unsecured claims are as follows:

| Claim<br>Number | Claimant | Allowed<br>Amount of Claim | | Proposed<br>Payment |
|---|---|---|---|---|
| 1 | CHASE BANK USA | $ | 33,821.04 | $    9,300.26 |
| 2 | CHASE BANK USA | $ | 8,448.50 | $    2,323.20 |
| 3U | Dept of the Treasury - IRS | $ | 66.44 | $    18.27 |
| 4 | LVNV Funding LLC its successors and assigns as | $ | 10,010.52 | $    2,752.73 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, 211 S. Court Street, Rockford, IL 61101, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Dated: _11·20·08_                    For the Court,

                                     By: /s/ Megan G. Heeg, Trustee


Trustee: MEGAN G. HEEG
Address: Ehrmann Gehlbach Badger & Lee
215 E. First St.
P.O. Box 447
Dixon, IL 61021
Phone No.: (815) 288-4949

# CERTIFICATE OF NOTICE

```
District/off: 0752-3        User: cshabez           Page 1 of 1            Date Rcvd: Dec 03, 2008
Case: 07-72500             Form ID: pdf002          Total Served: 14
```

The following entities were served by first class mail on Dec 05, 2008.
```
db          +Harry W. Simester,   1105 Mary Avenue,   Rock Falls, IL 61071-3057
aty          Gregory F Schott,   Law Office of Gregory F. Schott,   P.O.B 471,   Sterling, IL 61081-0471
11681858     Bank Of America,   P.O. Box 15726,   Wilmington, DE  19886-5726
11681859    +Bank Of America, N.A.,   P.O. Box 26078,   Greensboro, NC 27420-6078
11883691    +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
11681860     Chase,   P.O. Box 15298,   Wilmington, DE  19850-5298
11681861     Chase Services,   P.O. Box 15153,   Wilmington, DE  19886-5153
11681857    +Gregory F Schott,   205 Third Avenue,   Sterling, IL 61081-3999
11681862    +HFC,   1421 Kristina Way,   Chesapeake, VA 23320-8917
11681863   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Dept of the Treasury - IRS,   Centralized Insolvency Operations,
              POB 21126,   Stop N781,   Philadelphia PA 19114)
11681864     Sears,   P.O. Box 6922,   The Lakes, NV  88901-6922
11681856    +Simester Harry W,   1105 Mary Avenue,   Rock Falls, IL 61071-3057
```

The following entities were served by electronic transmission on Dec 04, 2008.
```
tr          +E-mail/Text: KATHY@EGBBL.COM                          Megan G Heeg,
              Ehrmann Gehlbach Badger & Lee,   Pob 447- 215 E First St, Ste 100,   Dixon, IL 61021-0447
11957976     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                              TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Megan G Heeg,   Ehrmann Gehlbach Badger & Lee,   Pob 447- 215 E First St, Ste 100,
              Dixon, IL 61021-0447
                                                                       TOTALS: 0, * 1
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 05, 2008**                    **Signature:**    *Joseph Speetjens*