## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

In re: SIMESTER, HARRY W.                           §   Case No. 07-72500
                                                    §
                                                    §
Debtor(s)                                           §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $116,355.00                Assets Exempt: $25,072.90

Total Distribution to Claimants: $15,121.61   Claims Discharged
                                              Without Payment: $71,127.87

Total Expenses of Administration: $11,141.66

3) Total gross receipts of $  26,263.27  (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $26,263.27
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $92,527.10 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 11,141.66 | 11,141.66 | 11,141.66 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (fromExhibit 6) | 882.00 | 722.73 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 85,308.56 | 52,346.50 | 52,280.06 | 15,121.61 |
| TOTAL DISBURSEMENTS | $178,717.66 | $64,210.89 | $63,421.72 | $26,263.27 |

4) This case was originally filed under Chapter 7 on October 16, 2007.
. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/27/2009          By: /s/MEGAN G. HEEG
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| REAL ESTATE – scheduled | 1110-000 | 22,000.00 |
| Realstar Life Insurance policy | 1129-000 | 4,201.59 |
| Interest Income | 1270-000 | 61.68 |
| **TOTAL GROSS RECEIPTS** | | $26,263.27 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HFC | 4110-000 | 78,942.23 | N/A | N/A | 0.00 |
| Bank Of America, N.A. | 4110-000 | 13,584.87 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $92,527.10 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 3,375.89 | 3,375.89 | 3,375.89 |
| MEGAN G. HEEG | 2200-000 | N/A | 33.17 | 33.17 | 33.17 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 3,281.25 | 3,281.25 | 3,281.25 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 68.25 | 68.25 | 68.25 |
| Carl C. Swanson, CPA | 3410-000 | N/A | 1,636.00 | 1,636.00 | 1,636.00 |
| H.B. Wilkinson Title Company, Inc. | 2500-000 | N/A | 481.00 | 481.00 | 481.00 |
| H.B. Wilkinson Title Company, Inc. | 2500-000 | N/A | 33.00 | 33.00 | 33.00 |
| H.B. Wilkinson Title Company, Inc. | 3510-000 | N/A | 1,320.00 | 1,320.00 | 1,320.00 |
| H.B. Wilkinson Title Company, Inc. | 2820-000 | N/A | 210.10 | 210.10 | 210.10 |
| U.S. Treasury | 2810-000 | N/A | 313.00 | 313.00 | 313.00 |
| IL Dept. of Revenue | 2810-000 | N/A | 390.00 | 390.00 | 390.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 11,141.66 | 11,141.66 | 11,141.66 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Dept of the Treasury - IRS | 5200-000 | 882.00 | 722.73 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | 882.00 | 722.73 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHASE BANK USA | 7100-000 | 33,921.04 | 33,821.04 | 33,821.04 | 9,782.48 |
| CHASE BANK USA | 7100-000 | 7,971.46 | 8,448.50 | 8,448.50 | 2,443.66 |
| Dept of the Treasury - IRS | 7100-000 | N/A | 66.44 | 0.00 | 0.00 |
| LVNV Funding LLC its successors and assigns as | 7100-000 | 9,446.64 | 10,010.52 | 10,010.52 | 2,895.47 |
| Bank Of America | 7100-000 | 10,496.13 | N/A | N/A | 0.00 |
| Bank Of America | 7100-000 | 11,211.81 | N/A | N/A | 0.00 |
| Bank Of America | 7100-000 | 12,261.48 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | 85,308.56 | 52,346.50 | 52,280.06 | 15,121.61 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 07-72500

Case Name:   SIMESTER, HARRY W.

Period Ending: 10/27/09

Trustee:       (330490)   MEGAN G. HEEG

Filed (f) or Converted (c):  10/16/07 (f)

§341(a) Meeting Date:   12/14/07

Claims Bar Date:       03/31/08

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Residence located at 1105 Mary Avenue, Rock Fall | 112,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | REAL ESTATE - scheduled | 22,000.00 | 19,955.90 | | 22,000.00 | FA |
| 3 | Cash on hand | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account with U.S. Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings account with U.S. Bank | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | 3 beds | 25.00 | 0.00 | DA | 0.00 | FA |
| 7 | Bed & dresser | 150.00 | 0.00 | DA | 0.00 | FA |
| 8 | couch & chairs | 350.00 | 0.00 | DA | 0.00 | FA |
| 9 | Hutch | 50.00 | 0.00 | DA | 0.00 | FA |
| 10 | oven | 20.00 | 0.00 | DA | 0.00 | FA |
| 11 | pans, dishes & linens | 70.00 | 0.00 | DA | 0.00 | FA |
| 12 | Refrigerator | 75.00 | 0.00 | DA | 0.00 | FA |
| 13 | stove | 100.00 | 0.00 | DA | 0.00 | FA |
| 14 | Table & chairs | 50.00 | 0.00 | DA | 0.00 | FA |
| 15 | Tv | 50.00 | 0.00 | DA | 0.00 | FA |
| 16 | VCR | 20.00 | 0.00 | DA | 0.00 | FA |
| 17 | Washer & dryer | 200.00 | 0.00 | DA | 0.00 | FA |
| 18 | Clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 19 | Wedding band | 25.00 | 0.00 | DA | 0.00 | FA |
| 20 | Realstar Life Insurance policy | 4,959.00 | 2,956.59 | | 4,201.59 | FA |
| 21 | Pension through IMRF | Unknown | 0.00 | DA | 0.00 | FA |
| 22 | 1987 Chevy Van (100,000 miles) | 350.00 | 0.00 | DA | 0.00 | FA |
| 23 | 1994 Lincoln (120,000 miles) | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 24 | Hauling trailer | 75.00 | 0.00 | DA | 0.00 | FA |
| 25 | Air compressor | 20.00 | 0.00 | DA | 0.00 | FA |
| 26 | Lawn Mower | 100.00 | 0.00 | DA | 0.00 | FA |
| 27 | washer | 250.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 07-72500

Case Name:  SIMESTER, HARRY W.

Period Ending: 10/27/09

Trustee:        (330490)    MEGAN G. HEEG

Filed (f) or Converted (c):  10/16/07 (f)

§341(a) Meeting Date:    12/14/07

Claims Bar Date:          03/31/08

| Ref. # | 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | snow blower | 75.00 | 0.00 | DA | 0.00 | FA |
| 29 | Tools | 300.00 | 0.00 | DA | 0.00 | FA |
| 30 | Welder | 150.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 61.68 | FA |
| 31 | Assets        Totals (Excluding unknown values) | $143,314.00 | $22,912.49 | | $26,263.27 | $0.00 |

**Major Activities Affecting Case Closing:**

The distribution to the Department of Revenue was returned.  The Estate's office is working with creditor to learn if said claim was, in fact, paid in full.

Initial Projected Date Of Final Report (TFR):      December 31, 2008            Current Projected Date Of Final Report (TFR):      November 20, 2008  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number:   07-72500
Case Name:   SIMESTER, HARRY W.

Taxpayer ID #:   13-7589922
Period Ending:   10/27/09

Trustee:   MEGAN G. HEEG (330490)
Bank Name:   JPMORGAN CHASE BANK, N.A.
Account:   ***-*****47-19 - Time Deposit Account
Blanket Bond:   $1,500,000.00   (per case limit)
Separate Bond:   N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/14/08 | | FUNDING ACCOUNT: ********4765 | | 9999-000 | 17,500.00 | | 17,500.00 |
| 06/13/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0000% | 1270-000 | 43.68 | | 17,543.68 |
| 06/16/08 | | To Account #********4765 | Close CD | 9999-000 | | 17,543.68 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 17,543.68 | 17,543.68 | $0.00 |
| Less: Bank Transfers | 17,500.00 | 17,543.68 | |
| Subtotal | 43.68 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $43.68 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number:  07-72500
Case Name:    SIMESTER, HARRY W.

Taxpayer ID #:   13-7589922
Period Ending:  10/27/09

Trustee:       MEGAN G. HEEG (330490)
Bank Name:     JPMORGAN CHASE BANK, N.A.
Account:       ***-*****47-65 - Money Market Account
Blanket Bond:  $1,500,000.00  (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/12/08 | | H.B. Wilkinson Title Company, Inc. | proceeds from sale of lot | | | 19,955.90 | | 19,955.90 |
| | {2} | | | 22,000.00 | 1110-000 | | | 19,955.90 |
| | | | title fees | -481.00 | 2500-000 | | | 19,955.90 |
| | | | recording fees | -33.00 | 2500-000 | | | 19,955.90 |
| | | | real estate commission to Arians Realty | -1,320.00 | 3510-000 | | | 19,955.90 |
| | | | real estate taxes | -210.10 | 2820-000 | | | 19,955.90 |
| 03/14/08 | | ACCOUNT FUNDED: ********4719 | | | 9999-000 | | 17,500.00 | 2,455.90 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | 1270-000 | 0.23 | | 2,456.13 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | | 1270-000 | 0.34 | | 2,456.47 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 0.30 | | 2,456.77 |
| 06/16/08 | | From Account #********4719 | Close CD | | 9999-000 | 17,543.68 | | 20,000.45 |
| 06/20/08 | {20} | The Law Office of Gregory F. Schott Trust Account | insurance policy | | 1129-000 | 4,201.59 | | 24,202.04 |
| 06/20/08 | 1001 | U.S. Treasury | taxes due | | 2810-000 | | 313.00 | 23,889.04 |
| 06/20/08 | 1002 | IL Dept. of Revenue | taxes due | | 2810-000 | | 390.00 | 23,499.04 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 1.48 | | 23,500.52 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 2.98 | | 23,503.50 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 2.79 | | 23,506.29 |
| 09/29/08 | 1003 | Carl C. Swanson, CPA | accounting fees due | | 3410-000 | | 1,636.00 | 21,870.29 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | | 1270-000 | 3.08 | | 21,873.37 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | | 1270-000 | 2.38 | | 21,875.75 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | | 1270-000 | 1.72 | | 21,877.47 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 1.55 | | 21,879.02 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.89 | | 21,879.91 |
| 02/09/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | | 1270-000 | 0.26 | | 21,880.17 |
| 02/09/09 | | To Account #********4766 | final distribution | | 9999-000 | | 21,880.17 | 0.00 |

|  | Receipts | Disbursements | Balance |
|---|---|---|---|
| ACCOUNT TOTALS | 41,719.17 | 41,719.17 | $0.00 |
| Less: Bank Transfers | 17,543.68 | 39,380.17 | |
| Subtotal | 24,175.49 | 2,339.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $24,175.49 | $2,339.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

Case Number:  07-72500

Case Name:   SIMESTER, HARRY W.

Taxpayer ID #:  13-7589922

Period Ending:  10/27/09

Trustee:      MEGAN G. HEEG (330490)

Bank Name:   JPMORGAN CHASE BANK, N.A.

Account:     ***-*****47-66 - Checking Account

Blanket Bond:  $1,500,000.00  (per case limit)

Separate Bond:  N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/09/09 | | From Account #********4765 | final distribution | 9999-000 | 21,880.17 | | 21,880.17 |
| 02/09/09 | 101 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $3,281.25, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,281.25 | 18,598.92 |
| 02/09/09 | 102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $68.25, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 68.25 | 18,530.67 |
| 02/09/09 | 103 | Dept of the Treasury - IRS | Dividend paid 100.00% on $722.73; Claim# 3P; Filed: $722.73; Reference: Voided on 03/04/09 | 5200-000 | | 722.73 | 17,807.94 |
| 02/09/09 | 104 | CHASE BANK USA | Dividend paid  27.50% on $33,821.04; Claim# 1; Filed: $33,821.04; Reference: | 7100-000 | | 9,303.10 | 8,504.84 |
| 02/09/09 | 105 | CHASE BANK USA | Dividend paid  27.50% on $8,448.50; Claim# 2; Filed: $8,448.50; Reference: | 7100-000 | | 2,323.92 | 6,180.92 |
| 02/09/09 | 106 | Dept of the Treasury - IRS | Dividend paid  27.50% on $66.44; Claim# 3U; Filed: $66.44; Reference: Voided on 03/04/09 | 7100-000 | | 18.28 | 6,162.64 |
| 02/09/09 | 107 | LVNV Funding LLC its successors and assigns as | Dividend paid  27.50% on $10,010.52; Claim# 4; Filed: $10,010.52; Reference: | 7100-000 | | 2,753.58 | 3,409.06 |
| 02/09/09 | 108 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,409.06 | 0.00 |
| | | | Dividend paid 100.00%          3,375.89 on $3,375.89;  Claim# ; Filed: $3,375.89 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%          33.17 on $33.17;  Claim# ; Filed: $33.17 | 2200-000 | | | 0.00 |
| 03/04/09 | 103 | Dept of the Treasury - IRS | Dividend paid 100.00% on $722.73; Claim# 3P; Filed: $722.73; Reference: Voided: check issued on 02/09/09 | 5200-000 | | -722.73 | 722.73 |
| 03/04/09 | 106 | Dept of the Treasury - IRS | Dividend paid  27.50% on $66.44; Claim# 3U; Filed: $66.44; Reference: Voided: check issued on 02/09/09 | 7100-000 | | -18.28 | 741.01 |
| 08/21/09 | 109 | CHASE BANK USA | Dividend paid  28.92% on $33,821.04; Claim# 1; Filed: $33,821.04; Reference: | 7100-000 | | 479.38 | 261.63 |
| 08/21/09 | 110 | CHASE BANK USA | Dividend paid  28.92% on $8,448.50; Claim# 2; Filed: $8,448.50; Reference: | 7100-000 | | 119.74 | 141.89 |
| 08/21/09 | 111 | LVNV Funding LLC its successors and assigns as | Dividend paid  28.92% on $10,010.52; Claim# 4; Filed: $10,010.52; Reference: | 7100-000 | | 141.89 | 0.00 |

Subtotals :              $21,880.17        $21,880.17

{} Asset reference(s)

Printed: 10/27/2009 10:15 AM    V.11.52

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

Case Number:  07-72500

Case Name:   SIMESTER, HARRY W.

Taxpayer ID #:  13-7589922

Period Ending:  10/27/09

Trustee:        MEGAN G. HEEG (330490)

Bank Name:      JPMORGAN CHASE BANK, N.A.

Account:        ***.*****47-66 - Checking Account

Blanket Bond:   $1,500,000.00  (per case limit)

Separate Bond:  N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 21,880.17 | 21,880.17 | $0.00 |
| | | | Less: Bank Transfers | | 21,880.17 | 0.00 | |
| | | | Subtotal | | 0.00 | 21,880.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $21,880.17 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| CD # ***.*****47-19 | 43.68 | 0.00 | 0.00 |
| MMA # ***.*****47-65 | 24,175.49 | 2,339.00 | 0.00 |
| Checking # ***.*****47-66 | 0.00 | 21,880.17 | 0.00 |
| | $24,219.17 | $24,219.17 | $0.00 |

{} Asset reference(s)

**JPMorganChase** 🞉

September 01, 2009 through September 30, 2009

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

Account Number: **000312072334766**

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Service Center: | **1-800-634-5273** |



00018446 DBI 802 24 27409 - NNNNN  1  000000000  60 0000
07-72500 SIMESTER HARRY W
DEBTOR
330490 MEGAN HEEG TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

---

**CHECKING SUMMARY**  Bankruptcy Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Ending Balance | 0 | $0.00 |

2743113002001015912